UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR-S-03-0516-PMP (PAL) |
| Plaintiff, ) | |
| ) | CV-S-06-1135-PMP-GWF |
| v. ) | |
| ) | |
| FRED WALKER, ) | O R D E R |
| ) | |
| Defendant. ) | |

Before the Court for consideration is Defendant Fred Walker's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By A Person In Federal Custody and for an Evidentiary Hearing (#88) filed September 13, 2006.

Plaintiff United States filed a Response in Opposition to Defendant Walker's Motion (#94) on November 28, 2006 and on December 18, 2006, Defendant Walker filed a Reply Memorandum(#95).

Defendant Walker's Motion is grounded in his claim that his trial attorney was ineffective in a variety of important respects. However, in it's detailed response (#94) the Government has fully articulated the reasons why the representation afforded Defendant Walker by his trial counsel was in fact effective under the standards articulated by the United States Supreme Court in Strickland v. Washington, 466 U.S.668 (1984). The Court finds that for the reasons set forth in the Government's Response to Defendant's Motion, Defendant Walker's Motion must be denied.

IT IS THEREFORE ORDERED that Defendant Fred Walker's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody is hereby DENIED.

DATED: December 28, 2006

PHILIP M. PRO
Chief United States District Judge

2