1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:03-CR-00516-PMP-PAL |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| ) | |
| FRED WALKER, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ———————————————— ) | |

14      Before the Court for consideration is Defendant Walker's Motion to

15  Modify Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2) filed January 12,

16  2012 (Doc. #130).  On January 13, 2012, the Court Ordered the Appointment of

17  Counsel for Defendant Walker (Doc. #131).  On March 8, 2012, the Office of the

18  Federal Public Defender for the District of Nevada filed its Motion Regarding

19  Sentencing Reduction (Doc. #133), advising the Court that after review of

20  Defendant Walker's eligibility for reduction in a sentence pursuant to Amendment

21  750 to the United States Sentencing Guidelines, no motion for further reduction of

22  sentence would be filed.

23      On March 21, 2012, Plaintiff United States filed its Opposition to

24  Defendant Walker's Motion for Sentence Reduction (Doc. #134).

25  / / /

26  / / /

1    Having read and considered the foregoing, and it appearing therefrom that

2  Defendant Walker's statute-based sentence was unaffected by Amendment 750, this

3  Court lacks discretion to reduce his sentence under 18 U.S.C. § 3582(c)(2).

4      **IT IS THEREFORE ORDERED** that Defendant Walker's Motion to

5  Modify or Reduce Sentence (Doc. #130 & #133) are **DENIED**.

6  DATED: March 26, 2012.

7

8

9

10  _____
    PHILIP M. PRO
11  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26