RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Fred Walker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>FRED WALKER,<br><br>        Defendant. | Case No. 2:03-CR-00516-GMN-DJA-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Fred Walker, that the Revocation Hearing currently scheduled on April 21, 2021 at 12:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Mr. Walker is currently awaiting the resolution of state charges which form the basis for his supervised release violation petition. Trial in the state case is set for June 1, 2021.

2. Any potential resolution to the pending petition will depend on the outcome of the state case.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 13th day of April, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Allison Reese*<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>FRED WALKER,<br><br>      Defendant. | Case No. 2:03-CR-00516-GMN-DJA-1<br><br>**<u>ORDER</u>** |

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, April 21, 2021 at 12:00 p.m., be vacated and continued to June 30, 2021, at the hour of 11:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

      DATED this <u>14</u> day of April, 2021.

 

_____

UNITED STATES DISTRICT JUDGE