Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**February 9, 2023**

Name of Offender: **Fred Walker**

Case Number: **2:03CR00516**

Name of Sentencing Judicial Officer: **Honorable Philip M. Pro**

Date of Original Sentence: **November 1, 2004**

Original Offense: **Possession with Intent to Distribute a Controlled Substance; Carrying a Firearm in Relation to a Drug Trafficking Crime; and Felon in Possession of a Firearm.**

Original Sentence: **Life prison,**

Anticipated Date Supervision Commencement: **February 20, 2024**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

## CAUSE

On November 1, 2004, Fred Walker was sentenced by the Honorable Philip M. Pro to a term of life imprisonment for the offenses of Possession with Intent to Distribute a Controlled Substance, Carrying a Firearm in Relation to a Drug Trafficking Crime, and Felon in Possession of a Firearm. At time of sentencing, Walker was designated as a career offender. Due to the First Step Act, on February 25, 2020, your Honor reduced Walker's sentence to 180 months custody, followed by eight (8) years of supervised release. On June 30, 2021, your Honor revoked Walker's supervised release and imposed a term of 27 months imprisonment, consecutive to Nevada State Court case # C-21-355062-1, followed by 33 months supervised release also

RE: Fred Walker

Prob12B
D/NV Form
Rev. June 2014

consecutive to Nevada State Court case # C-21-355062-1. Walker is projected to be released from custody on February 20, 2024.

At this time, Walker does not have a viable residence in the District of Nevada. As such, the undersigned officer respectfully requests that Walker's conditions be modified to include up to 90 days of public law placement at the Residential Reentry Center (RRC). This placement will afford Walker the opportunity to obtain suitable housing.

Walker is in agreement with this modification as evidenced by his signature on the attached Waiver of Hearing to Modify Conditions of Supervised Release (Prob 49). Additionally, the undersigned verified with the RRC that they will accept Walker upon his release from custody. Should the Court have any questions or need further information, the probation office will be available at the Court's discretion.

Respectfully submitted,

Briana Casey
Digitally signed by Briana Casey
Date: 2023.02.10 09:03:21 -08'00'

Briana Casey
United States Probation Officer Assistant

Approved:

Digitally signed by Wendy B. Beckner
Date: 2023.02.10 08:38:11 -08'00'

Joy Gabonia
Supervisory United States Probation Officer

### THE COURT ORDERS

☐  No Action.

☐  The extension of supervision as noted above.

☒  The modification of conditions as noted above

☐  Other (please include Judicial Officer instructions below):

_____
Signature of Judicial Officer

February 10, 2023
Date

PROB49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** - You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

Witness _____  Signed .(l.Q:\ _____
U.S. Probation Officer                                Probationer or Supervised Releasee

Date 2/8/2023