**Clerk, United States District Court**
**District of Nevada**
**333 Las Vegas Boulevard South, Rm 1207**
**Las Vegas NV 89101-7065**





**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

February 04, 2025

Clerk, United States District Court

_____ District of _____Nevada_____

333 Las Vegas Boulevard South, Rm 1207
Las Vegas NV 89101-7065

Re:   Transfer of Jurisdiction of Probation
         Your Case No.  2:03CR00516
         Assigned Our Case No.  2:25-cr-00079-SVW
         Case Title:  USA v. Fred Walker

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge Dolly M. Gee_____ .

   Please forward to this district copies of the following documents:
   1) Indictment, Information, or Complaint
   2) Judgment and Probationary Order
   3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

   The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____ .

Sincerely,

Clerk, U.S. District Court

By /s/ A. Bandek_____
       Deputy Clerk

cc:   Probation Office, Central District of California
      Probation Office, District of Origin

CR-25 (06/24)                    TRANSMITTAL LETTER - PROBATION TRANSFER IN



**United States District Court**
Central District of California
**Office of the Clerk**

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

February 04, 2025

Clerk, United States District Court

District of    Nevada

333 Las Vegas Boulevard South, Rm 1207
Las Vegas NV 89101-7065

Re:    Transfer of Jurisdiction of Probation
   Your Case No.  2:03CR00516
   Assigned Our Case No.  2:25-cr-00079-SVW
   Case Title:  USA v. Fred Walker

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge Dolly M. Gee.

   Please forward to this district copies of the following documents:
   1)    Indictment, Information, or Complaint
   2)    Judgment and Probationary Order
   3)    If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____.

Sincerely,

Clerk, U.S. District Court

By  /s/ A. Bandek
   Deputy Clerk

cc:    Probation Office, Central District of California
   Probation Office, District of Origin

CR-25 (06/24)            TRANSMITTAL LETTER - PROBATION TRANSFER IN

| PROB 22 (Rev. 01/24) | | FILED CLERK, U.S. DISTRICT COURT 02/04/2025 CENTRAL DISTRICT OF CALIFORNIA BY: ASI DEPUTY | DOCKET NUMBER *(Tran. Court)* 2:03CR00516 |
|---|---|---|---|
| TRANSFER OF JURISDICTION | | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00079-SVW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | | DIVISION |
|---|---|---|---|
| Fred Walker | Nevada | | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | | |
| | Gloria M. Navarro | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/10/2024 | TO 2/9/2027 |

**OFFENSE**
Possession With Intent to Distribute a Controlled Substance; Carrying a Firearm in Relation to a Drug Trafficking Crime; Felon in Possession of a Firearm

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Family ties in California

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ Nevada _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 23, 2025
Date

*signature*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Central _____ DISTRICT OF _____ California _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 4, 2025
Effective Date

*Dolly M. Gee*
United States District Judge

1



**United States District Court**
Central District of California
**Office of the Clerk**

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

February 04, 2025

Clerk, United States District Court

        District of    Nevada

333 Las Vegas Boulevard South, Rm 1207
Las Vegas NV 89101-7065

Re:    Transfer of Jurisdiction of Probation
        Your Case No.  2:03CR00516
        Assigned Our Case No.  2:25-cr-00079-SVW
        Case Title:  USA v. Fred Walker

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge Dolly M. Gee.

    Please forward to this district copies of the following documents:
    1)    Indictment, Information, or Complaint
    2)    Judgment and Probationary Order
    3)    If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____.

Sincerely,

Clerk, U.S. District Court

By /s/ A. Bandek
    Deputy Clerk

cc:    Probation Office, Central District of California
       Probation Office, District of Origin

CR-25 (06/24)     TRANSMITTAL LETTER - PROBATION TRANSFER IN

| PROB 22 (Rev. 01/24) | TRANSFER OF JURISDICTION | FILED CLERK, U.S. DISTRICT COURT 02/04/2025 CENTRAL DISTRICT OF CALIFORNIA BY: ASI DEPUTY | DOCKET NUMBER *(Tran. Court)* 2:03CR00516 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00079-SVW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Fred Walker | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Gloria M. Navarro | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/10/2024 | TO 2/9/2027 |

**OFFENSE**
Possession With Intent to Distribute a Controlled Substance; Carrying a Firearm in Relation to a Drug Trafficking Crime; Felon in Possession of a Firearm

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Family ties in California

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ____Nevada____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Central District of California__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____January 23, 2025_____          _____[signature]_____
Date                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Central__ DISTRICT OF __California__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

__February 4, 2025__          __Dolly M. Gee [signature]__
Effective Date                 United States District Judge

1